IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN WELCHLY, et al. | ) |
| | ) |
| v. | ) NO. 3-13-1106 |
| | ) JUDGE CAMPBELL |
| PEOPLES STATE BANK OF | ) |
| COMMERCE | ) |

ORDER

The parties have filed a Stipulation of Dismissal (Docket No. 19), indicating that all matters herein have been resolved. Accordingly, Plaintiff's individual claims are DISMISSED with prejudice, and the claims of any alleged class members are DISMISSED without prejudice in that no class has been certified in this action.

Any pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE